MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
BUTH-NA-BODHAIGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>                         Plaintiff,<br><br>                vs.<br><br>BUTH-NA-BODHAIGE, INC., a Virginia Corporation; and Does 1-10,<br><br>                         Defendants. | Case No. 4:19-cv-06785-KAW<br><br>**DEFENDANT BUTH-NA-BODHAIGE, INC.'S NOTICE OF SETTLEMENT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 110938252.1

1

DEFENDANT BUTH-NA-BODHAIGE,
INC.'S NOTICE OF SETTLEMENT
CASE NO. 4:19-CV-06785-KAW

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to agreement of Plaintiff Samuel Love and Defendant Buth-Na-Bodhaige, Inc., the above-captioned matter has been resolved. The Parties anticipate filing a Stipulation of Dismissal within 60 days.

Dated: January 13, 2020           MORGAN, LEWIS & BOCKIUS LLP

                                  By   */s/ Kathy H. Gao*
                                     KATHY H. GAO
                                     Attorneys for Defendant
                                     BUTH-NA-BODHAIGE, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 110938252.1

1

DEFENDANT BUTH-NA-BODHAIGE,
INC.'S NOTICE OF SETTLEMENT
CASE NO. 4:19-CV-06785-KAW