UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>    v.<br><br>BUTH-NA-BODHAIGE, INC.,<br><br>        Defendant. | Case No. 4:19-cv-06785-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 14 |

On January 13, 2020, Defendant filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: January 15, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge