UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>  v.<br><br>BUTH-NA-BODHAIGE, INC., a Virginia Corporation; and Does 1-10,<br><br>    Defendants. | 4:19-cv-06785 KAW<br>**Case No.** ~~3:19-CV-06785-KAW~~<br><br>ORDER ~~[proposed]~~ TO EXTEND DATE FOR FILING DISMISSAL |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to April 16, 2020.

**IT IS SO ORDERED.**

Dated:  March 18, 2020  

_____
HONORABLE KANDIS WESTMORE
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Kandis Westmore*

1

Order                                                                                                  ~~3:19-CV-06785-KAW~~